UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ROCARVAN FORTNEY,                                                                                                             Petitioner,

v.                                                      Civil Action No. 3:14-cv-722-DJH-CHL

AARON SMITH,                                                                                                            Respondent.

\* \* \* \* \*

## ORDER

Rocarvan Fortney filed this petition for writ of habeas corpus, naming warden Aaron Smith as respondent and alleging ineffective assistance of counsel on two grounds: failure to fully pursue an insanity defense and failure to call an expert witness. (Docket No. 1) The Commonwealth responded on Smith's behalf that Fortney's counsel arranged for a mental health evaluation, which found no issue with Fortney's competency to stand trial, and that his claim regarding failure to call an expert witness is procedurally defaulted. (D.N. 13) The Court referred the petition to United States Magistrate Judge Colin H. Lindsay for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). (D.N. 6; D.N. 10)

Judge Lindsay issued his Findings of Fact, Conclusions of Law, and Recommendation on January 10, 2017. (D.N. 14) He concluded that Fortney's trial counsel took steps to investigate whether Fortney was competent and that Fortney had not shown that his counsel's performance was deficient in that regard. (*Id.*, PageID # 146) Further, Judge Lindsay rejected the Commonwealth's procedural-default argument but nonetheless concluded that Fortney had not shown that his counsel's performance was deficient for failure to call an expert witness because the lawyer sought and received an expert opinion on Fortney's mental state as part of the investigation into his competence. (*Id.*, PageID # 147-49) Judge Lindsay therefore

1

recommended that the Court deny Fortney's petition for a writ of habeas corpus and deny a certificate of appealability as to the two grounds raised in the petition. (*Id.*, PageID # 151)

Neither party objected to the report and recommendation. The Court need not review a magistrate judge's findings when no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Nevertheless, the Court has reviewed the record and agrees with Judge Lindsay's recommendation. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 14) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) A separate judgment shall be entered this date.

October 3, 2017

**David J. Hale, Judge**
**United States District Court**